TRIAL COURT CASE NO. 2015-905-4

APPEALS CASE NO. 06-15-00046-CV

FILED IN
The Court of Appeals
Sixth District

AUG 24 2015

Texarkana, Texas
Debra Autrey, Clerk

EDDIE ANTHONY PATTERSON

V.

T.V. CHANNEL 25 BROADCAST STATION

FILED IN
the Court of Appeals
Sixth District

COURT OF APPEALS
SIXTH APPEALLATE DISTRICT
STATE OF TEXAS

AUG 24 2015

Texarkana, Texas
Debra K. Autrey, Clerk

## PLANTIFF'S MOTION FOR FREE RECORD ON APPEAL

TO THE COURT OF APPEALS, SIXTH APPELLATE DISTRICT, STATE OF TEXAS;

Eddie Anthony Patterson, Plaintiff pro se in the above styled and numbered cases appeals the Trial Courts denial of JUNE 12, 2015, and now moves this Court grant him a free record on appeal for the following reasons:

### STATEMENT OF THE CASES

Plaintiff appeals the Trial Courts denial of the appointment of counsel to assist him in filing pleadings due to his invability to articulate such pleadings with any reasonable degree of being argued in the courts.

Plaintiff has asked for a hearing by Teleconference (TO HEAR JUDGES REASONS HE DENIED PLAINTIFFS PETITION) and the Trial Court has denied that request, which is the basis for appeal.

### REASON TO GRANT FREE RECORD FOR APPEAL

Plaintiff is appearing before this Court of Appeals as "Indigent," unable to pay the costs of appeal or pay for the appellate record. Tex. R. APP. D. 34.5 (g) (See Affidavit of Inability to pay costs in Clerks Records.)

### PRAYER

WHEREFORE PREMISES CONSIDERED, Plaintiff prays this Court issue the necessary order to proceed without costs and to order the Plaintiff a free copy of the Clerks Record on appeal.

Respectfully Submitted,

Eddie Anthony Patterson
C.T. Terrell Unit, ID # 01635370
1300 FM 655
Rosharon, TX 77583

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of Plaintiff's Motion for free Record on Appeal was sent to the below by U.S. Mail, first class, postage pre-paid on this 19th day of August 2015.

Eddie Anthony Patterson

CC: JON GIMBLE, DISTRICT CLERK; JERRY CAMPBELL, ATTORNEY FOR DEFENDANTS;